**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

RICKY ASHLEY                                                                                                    PETITIONER
ADC # 099718

v.                                          No. 4:20-cv-00726-SWW-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                      RESPONDENT

## JUDGMENT

Based on today's Order, this 28 U.S.C. § 2254 action is DISMISSED, with prejudice.

IT IS SO ORDERED this 29th day of June, 2020.

                                  Susan Webber Wright
                                  UNITED STATES DISTRICT JUDGE